DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TAQUISHA DORSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-06-137 LKK |
| Plaintiff, | |
| v. | **ORDER AFTER HEARING** |
| | JUDGE: Lawrence K. Karlton |
| TAQUISHA DORSEY, | |
| Defendants. | |

This matter came on for Status Conference on May 2, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Carolyn Delaney appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Taquisha Dorsey, who was present and in custody.

Defense counsel requested additional time to investigation, review discovery and negotiate a possible resolution of the case with the government. A further status conference date of May 31, 2006, is set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from May 2. 2006, up until and including May 31, 2006. Good cause appearing therefor,

IT IS ORDERED that this matter is continued to May 31, 2006, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)

Order After Hearing

(iv) and Local Code T4, the period from May 2, 2006, up to and including May 31, 2006, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: May 4, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
Senior Judge, United States District Court