| | |
|---|---|
| 1 | DANIEL BRODERICK, Bar #89424 |
| | Acting Federal Defender |
| 2 | Lexi Negin, D.C. Bar #446153 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
TAQUISHA DORSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-137 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| | ) | Judge: Lawrence K. Karlton |
| TAQUISHA DORSEY, | ) | Date: May 31, 2006, 9:30 a.m. |
| | ) | |
| Defendants. | ) | |

This case is currently scheduled for a status hearing on May 31, 2006. The attorneys for both parties have conferred and agree that additional time is needed to continue ongoing discussions and have further ongoing meetings relating to a disposition by plea agreement in this case. Once the discussions and further meetings are complete, the parties will finalize the terms of a plea agreement in this case and Ms. Dorsey's undersigned counsel will need additional time to go over the agreement with him.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for May 31, 2006, be continued until June 13, 2006. In addition, the parties stipulate that the time period from May 31, 2006, to June 13, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED:May 30, 2006

1

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Samantha Spangler<br>SAMANTHA SPANGLER<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Taquisha Dorsey |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-137 LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING STATUS |
| TAQUISHA DORSEY, | ) | CONFERENCE AND EXCLUDING TIME |
| Defendants. | ) | |

For the reasons set forth in the stipulation of the parties, filed on May 25, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for May 31, 2006, be continued until Tuesday, June 13, 2006, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 25, 2006, stipulation, the time under the Speedy Trial Act is excluded from May 31, 2006, through June 13, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: May 26, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT