FILED
June 14, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TAQUISHA DIONNE DORSEY, ) <br> ) <br> Defendant. ) | Case No. 2:06-CR-0137 LKK <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  TAQUISHA DIONNE DORSEY , Case No. 2:06-CR-0137 LKK , Charge  18 U.S.C. 287 and 2 - False Claim and Aiding and Abetting , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $__

    _X_  Unsecured Appearance Bond ($10,000)

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond with Surety

    __  Corporate Surety Bail Bond

    __  (Other)   Supervision of pretrial services

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 14, 2006  at  10:35 am .

By /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Copy 5 - Court