```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 06-137 LKK |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING HEARING RE JUDGMENT AND SENTENCING |
| v. ) | |
| TAQUISHA DIONNE DORSEY, ) | DATE: December 5, 2006 |
| Defendant. ) | TIME: 9:30 a.m. |
| _____ ) | COURT: Lawrence K. Karlton |

## Stipulation

Plaintiff United States of America and defendant Taquisha Dionne Dorsey, through counsel, hereby stipulate:

1. The hearing regarding judgment and sentencing may be rescheduled from October 3, 2006 to December 5, 2006 at 9:30 a.m.; and

2. The parties' motions to correct the pre-sentence report or other sentencing memoranda are due November 28, 2006.

///
///
///
///
///

1

1    The reason for the continuance is that the parties need more
2    time to complete their respective obligations under the plea
3    agreement.
4    DATED: September 29, 2006           McGREGOR W. SCOTT
                                         United States Attorney
5
6                                   by   /s/ Samantha S. Spangler
                                         Samantha S. Spangler
7                                        Assistant U.S. Attorney
8    DATED: September 29, 2006           DANIEL J. BRODERICK
                                         Federal Defender
9
10                                  by   /s/ Samantha S. Spangler for
                                         Lexi Negin
11                                       Assistant Federal Defender
                                         Counsel for Ms. Dorsey
12
13                              Order
14      Good cause appearing, the hearing regarding judgment and
15   sentencing shall be continued from October 3, 2006 to December 5,
16   2006 at 9:30 a.m.  Motions to correct the pre-sentence report and
17   any other sentencing memoranda are due November 28, 2006.
18      IT IS SO ORDERED.
19   DATED: October 2, 2006

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT