| | |
|---|---|
| 1 | DANIEL BRODERICK, Bar #89424<br>Acting Federal Defender |
| 2 | Lexi Negin, D.C. Bar #446153<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant<br>TAQUISHA DORSEY |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-137 LKK |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | ) ) | |
| TAQUISHA DORSEY, | ) | Judge: Lawrence K. Karlton |
| Defendant. | ) ) | |

This case is currently scheduled for a sentencing hearing on March 6, 2007. The attorneys for both parties have conferred and agree that additional time is needed to prepare for sentencing including the completion of obligations pursuant to the cooperation plea agreement. Ms. Dorsey is not in custody.

The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing scheduled in this case for March 6, 2007, be continued until April 10, 2007. In addition, the parties stipulate that any sentencing memoranda are due to the Court on or before April 3, 2007.

A proposed order is attached and lodged separately for the court's convenience.

DATED: March 2, 2007

1

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/ Lexi Negin for Samantha Spangler<br>SAMANTHA SPANGLER<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Taquisha Dorsey |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-137 LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING SENTENCING HEARING |
| TAQUISHA DORSEY, | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties, filed on March 2, 2007, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for March 6, 2007, be continued until Tuesday, April 10, 2007, at 9:30 a.m. IT IS FURTHER ORDERED that any sentencing memoranda are due to the Court on or before April 3, 2007.

Dated: March 2, 2007

```
                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```