DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TAQUISHA DORSEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-137 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | ) | |
| | ) | |
| TAQUISHA DORSEY, | ) | Judge: Lawrence K. Karlton |
| | ) | |
| Defendant. | ) | |

This case is currently scheduled for a sentencing hearing on April 10, 2007. The attorneys for both parties have conferred and agree that additional time is needed to prepare for sentencing including the completion of obligations pursuant to the plea agreement. Ms. Dorsey is not in custody.

The parties, through their respective counsel, hereby stipulate and agree that the sentencing hearing scheduled in this case for April 10, 2007, be continued until June 26, 2007. In addition, the parties stipulate that any sentencing memoranda are due to the Court on or before June 19, 2007.

A proposed order is attached and lodged separately for the court's convenience.

DATED: April 5, 2007

1

1 | Respectfully submitted,

2 | McGREGOR W. SCOTT                                    DANIEL BRODERICK
United States Attorney                                Federal Defender

3

4 | /s/ Lexi Negin for Samantha Spangler                 /s/ Lexi Negin
SAMANTHA SPANGLER                                     LEXI NEGIN
5 | Assistant U.S. Attorney                             Assistant Federal Defender
Attorney for United States                            Attorney for Taquisha Dorsey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) CASE NO. CR-S-06-137 LKK
          Plaintiff,  )
   v.  )
       ) ORDER CONTINUING SENTENCING
       ) HEARING
TAQUISHA DORSEY,  )
          Defendant.  )
_____

For the reasons set forth in the stipulation of the parties, filed on April 5, 2007, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for April 10, 2007, be continued until Tuesday, June 26, 2007, at 9:30 a.m. IT IS FURTHER ORDERED that any sentencing memoranda are due to the Court on or before June 19, 2007.

Dated: April 5, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT