McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> TAQUISHA DIONNE DORSEY, <br> Defendant. | CR. No. 06-137 LKK <br><br> STIPULATION AND ORDER ADVANCING HEARING RE JUDGMENT AND SENTENCING <br><br> DATE: May 8, 2007 <br> TIME: 9:30 a.m. <br> COURT: Lawrence K. Karlton |

## Stipulation

Plaintiff United States of America and defendant Taquisha Dionne Dorsey, through counsel, hereby stipulate:

1. The hearing regarding judgment and sentencing may be advanced from June 26, 2007, to May 8, 2007 at 9:30 a.m.; and

2. Any sentencing memoranda would be due May 1, 2007.

On April 25, 2007, Ms. Dorsey was placed in custody on a violation of pretrial release conditions pending resolution of the case.

///
///
///
///

1

Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

DATED: April 26, 2007            McGREGOR W. SCOTT
United States Attorney

by    /s/ Samantha S. Spangler
Samantha S. Spangler
Assistant U.S. Attorney

DATED: April 26, 2007            DANIEL J. BRODERICK
Federal Defender

by    /s/ Samantha S. Spangler for
Lexi Negin
Assistant Federal Defender
Counsel for Ms. Dorsey

## Order

Good cause appearing, the hearing regarding judgment and sentencing shall be advanced from June 26, 2007, to May 8, 2007, at 9:30 a.m. Any sentencing memoranda are due May 1, 2007.

IT IS SO ORDERED.

DATED: April 27, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT