UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TAQUISHA DIONNE DORSEY, ) <br> ) <br> Defendant. ) | Case No. 2:06-CR-0146 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  TAQUISHA DIONNE DORSEY , Case No. 2:06-CR-0146 , Charge  18 USC 287, 2 - False Claim, Aiding and Abetting , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ✔    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

    __    Unsecured Appearance Bond

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    ✔    (Other)    Time Served with 36 months Term of Supervised Release. Conditions as placed on the record (see Judgment).

Issued at  Sacramento, CA  on  May 8, 2007  at  2:04 pm .

By  /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge